UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62127-CIV-ROSENBAUM/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALETHA SOLOMON
a/k/a ALETHA JOHNSON,

        Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court on Plaintiff United States of America's Motion for Default Judgment [D.E. 10], filed on December 19, 2012. The Court has carefully considered the Motion, the entire case file, including Plaintiff's Complaint [D.E. 1], the entry of default against Defendant Aletha Solomon [D.E. 9], and the failure of Defendant Aletha Solomon to respond to the Court's Order to Show Cause [D.E. 11], and is otherwise fully advised in the premises.

In the pending Motion [D.E. 10], Plaintiff seeks the entry of default final judgment against Defendant in an action alleging an unpaid debt. On December 19, 2012, this Court issued an Order to Show Cause Why the Court Should Not Grant Plaintiff's Motion for Entry of Default Judgment. The Order gave Defendant until December 26, 2012, to show cause as to why default judgment should not be granted. As of the date of this Order, no response has been filed, nor has any document been filed in this case by Defendant. Yet the record in this matter reflects that Defendant Aletha Solomon was served in this case on November 24, 2012. *See* D.E. 4.

Instead, on December 27, 2012, the Government filed a copy of an email that it received from an individual purporting to be Defendant, in response to the Order to Show Cause that the Court issued on December 19, 2012. *See* D.E. 13. In the email, Defendant states that the address and signature on the documents that the Government sent her regarding the defaulted loan are not hers, but she does not deny that the defaulted loan is hers. *See id.* To the contrary, Defendant writes, "Also my tax returns was taken and if they were been taken why did they stop taking it. They took the total amount of $1,274.00, why not take them till the loan was satisfied. . . ," *id.*, implicitly conceding that the loan is, in fact, hers.

In view of these facts and Defendant's complete absence of any filings whatsoever by Defendant with this Court, despite proof of service and an email from Defendant to the Government acknowledging Defendant's knowledge of the action against her, it is **ORDERED and ADJUDGED** that Plaintiff United States of America's Motion for Entry of Default Judgment [D.E. 10] is hereby **GRANTED**. Pursuant to Rule 58(a), Fed. R. Civ. P., a separate final judgment will be entered in this case.

**DONE and ORDERED** this 31st day of December 2012 in Fort Lauderdale, Florida.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record

Aletha Solomon
217 NW 8th Ave, Unit 106
Hallendale Beach, FL 33009